IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                          CASE NO.  4:10CR00334  JMM

MANUEL VALDEZ
AKA MANUEL TAVERA
MANOLO TAVERA

### ORDER

Pending is the Government's motion to dismiss indictment.  (Docket #3).  The motion is GRANTED.  The Indictment against Manuel Valdez, a/k/a Manuel Tavera and a/k/a Manolo Tavera,  is hereby dismissed.

IT IS SO ORDERED this 20th day of December, 2010.

_____
James M. Moody
United States District Judge